# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| QBE INSURANCE CORPORATION | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:07CV35-LG-JMR |
| | § | |
| INDUSTRIAL CORROSION CONTROL, INC., ROY ANDERSON CORP., and EDDIE CARDENAS a/k/a EDDY CARDENAS | § | DEFENDANTS |
| | | |
| INDUSTRIAL CORROSION CONTROL, INC. | § | CROSS-CLAIMANT |
| | § | |
| v. | § | |
| | § | |
| AVC PAINTING CONTRACTOR, INC. and EDDIE CARDENAS a/k/a EDDY CARDENAS | § | CROSS-CLAIM DEFENDANTS |
| | | |
| AVC PAINTING CONTRACTOR, INC. | § | CROSS-CLAIMANT |
| | § | |
| v. | § | |
| | § | |
| EDDIE CARDENAS a/k/a EDDY CARDENAS | § | CROSS-CLAIM DEFENDANT |

## JUDGMENT

This matter having come on to be heard *sua sponte* pursuant to Fed. R. Civ. P. 4(m), the Court, after a full review and consideration of the record in this matter, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that all remaining claims in this lawsuit are hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 28th day of September, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE